U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 17-CV-20862-GAYLES

DAVID JAMIESON,

    Plaintiff,

vs.

CARNIVAL CORPORATION d/b/a
CARNIVAL CRUISE LINES, a
Foreign Corporation,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

The parties, Plaintiff, **DAVID JAMIESON** and Defendant, **CARNIVAL CORPORATION d/b/a CARNIVAL CRUISE LINES**, hereby notify this Honorable Court that all claims and causes of action between or among the parties have been amicably resolved, pending execution of all settlement documents.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 2, 2018 I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BY:   /s/ Glenn J. Holzberg
         GLENN J. HOLZBERG
         Fla. Bar Number: 369551

## SERVICE LIST
Jamieson v. Carnival Corporation
Case No.: 17-CV-20862-GAYLES

**GLENN J. HOZBERG, ESQ.**
glenn@holzberglegal.com
Florida Bar No: 369551
HOLZBERG LEGAL
Offices at Pinecrest II, Suite 220
7685 S.W. 104th Street
Miami, Florida 33156
Telephone: (305) 668-6410
Facsimile: (305) 667-6161
*Attorney for Plaintiff*

**David A. Kleinberg, Esq.**
dkleinberg@nkplaw.com
Florida Bar No.: 765260
NEUFELD, KLEINBERG &
PINKIERT, P.A.
2641 NE 207th Street
Miami, FL 33180
Telephone: (305) 931-6666
Facsimile: (305) 931-7848
*Attorney for Plaintiff*

**J. MICHAEL MAGEE, ESQ**
mmagee@carnival.com
Florida Bar No: 739642
CARNIVAL CRUISE LINES
3655 NW 87th Avenue
Miami, Florida 33178
Direct Line: (305) 406-5453
Dedicated Judge's Phone (305) 406-5399
(For Judges only)
Legal Asst. Maria Rodriguez (305) 599-2600 x 18026
Tel. No. (305) 599-2600 – Legal Services Dept.
Facsimile: (305) 406-4732
*Attorney for Defendant*

**DAVID J. HORR, ESQ.**
dhorr@admiral-law.com
Florida Bar No. 310761
HO RR, NOVAK & SKIPP, P.A.
Two Datran Center, Suite 1700
9130 South Dadeland Boulevard
Miami, FL 33156
Telephone: (305) 670-2525
Facsimile: (305) 670-2526
*Attorneys for Defendant, Carnival Corporation d/b/a Carnival Cruise Line*